

# Fourth Court of Appeals
## San Antonio, Texas

December 1, 2016

No. 04-16-00636-CV

Kevin W. **LILES**, Bryan K. Harris and Stuart R. White,
Appellants/ Cross-Appellees

v.

Maria Isabel Serna **CONTRERAS**,
Appellee/ Cross-Appellant

From the 341st Judicial District Court, Webb County, Texas
Trial Court No. 2014CVT001295 D3
Honorable Rebecca Ramirez Palomo, Judge Presiding

## O R D E R

The court reporter has filed a notification of late record stating that the appellant has failed to pay or make arrangements to pay the reporter's fee for preparing the record. It is therefore ORDERED that appellant provide written proof to this court **within ten days** of the date of this order that: either (1) the reporter's fee has been paid or arrangements have been made to pay the reporter's fee; or (2) appellant is entitled to appeal without paying the reporter's fee.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 1st day of December, 2016.

_____
Keith E. Hottle
Clerk of Court